UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DARRELL SMITH, on behalf of himself
Individually and all others similarly situated,

               Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC.,

               Defendant.

------------------------------------------------------------ x

08 Civ. 0498 (DAB)(KNF)

STIPULATION

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the plaintiff, Darrell Smith, and the defendant, Pioneer Credit Recovery, Inc. ("Pioneer"), that, pursuant to Fed. R. Civ. P. 6(b), and upon plaintiff's consent, Pioneer's time to answer, move or otherwise respond to plaintiff's Complaint is extended to and including March 11, 2008.

Dated: New York, New York
       February 6, 2008

FAGENSON & PUGLISI

By: _____
Noviene R. Kidd, Esq. (NK 2552)
Attorneys for Plaintiff
450 Seventh Avenue, Suite 3302
New York, New York 10123
(212) 268-2128

GALLAGHER HARNETT & LAGALANTE, LLP

By: _____
Brian K. Gallagher, Esq. (BG 6377)
(A Member of the Firm)
Attorneys for Defendant
380 Lexington Avenue, Suite 2120
New York, New York 10168
(212) 983-9700

SO ORDERED:

_____
Deborah A. Batts, U.S.D.C.   2/11/2008