UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DARRELL SMITH, on behalf of himself
Individually and all others similarly situated,

                Plaintiff,

    v.

PIONEER CREDIT RECOVERY, INC.,

                Defendant.
------------------------------------------------------------x

08 Civ. 0498 (DAB)(KNF)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Pioneer Credit Recovery, Inc. ("Pioneer"), by its attorneys, Gallagher, Harnett & Lagalante LLP, for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Pioneer is a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, and is a wholly owned subsidiary of Asset Performance Group, a Delaware Corporation, which in turn is a wholly owned subsidiary of SLM Corporation, a Delaware corporation whose shares are publicly traded on the New York Stock Exchange under the symbol SLM.

Dated: New York, New York
         March 11, 2008

                              GALLAGHER, HARNETT & LAGALANTE LLP
                              Attorneys for Defendant

                By: _____
                        Brian K. Gallagher (BG-6377)
                        (A Member of the Firm)
                        380 Lexington Avenue, Suite 2120
                        New York, New York 10168
                        (212) 983-9700