UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DARRELL SMITH, on behalf of himself  :
Individually and all others similarly situated,  :    08 Civ. 0498 (DAB)(KNF)
:
             Plaintiff,  :    **AFFIDAVIT**
:    **OF SERVICE**
    v.  :
:
PIONEER CREDIT RECOVERY, INC.,  :
:
            Defendant.  :
------------------------------------------------------------- x

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      DEVIN ROBINSON, being duly sworn, deposes and says that:

      1.    I am not a party to this action, I am over 18 years of age, I reside in Kings County, New York and my business address is 380 Lexington Avenue, Suite 2120, New York, New York 10168.

      2.    On March 10, 2008, I caused to be served upon plaintiff the Notice of Motion, dated March 10, 2008, Affidavit of Andrew Kouroupos, sworn to March 10, 2008, with Exhibits A through D annexed thereto, Affidavit of Brian K. Gallagher, sworn to March 10, 2008, with Exhibit A annexed thereto, and Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, dated March 10, 2008, by sending a true copy thereof by mail, securely sealed in an envelope, postage prepaid, addressed to Novlette R. Kidd, Esq., Fagenson & Puglisi, 450 Seventh Avenue, Suite 3302, New York, New York 10123, this

being the address designated for such purposes in prior papers herein.

                                                DEVIN ROBINSON

Sworn to before me this
11th day of March, 2008

_____
NOTARY PUBLIC

BRIAN J. BURNS
Notary Public, State of New York
No. 5041069
Qualified in Westchester County
Term Expires March 27, 2011