# FAGENSON & PUGLISI
## ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 3302
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI

NOVLETTE R. KIDD
CASMIR SONDEY

TELEPHONE (212) 868-2128
FAX (212) 868-2127





RECEIVED
MAR 26 2008

March 25, 2008

HON. DEBORAH A BATTS, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

**Re: Derrell Smith v. Pioneer Credit Recovery, Inc. Case # 08-cv-0498**

Honorable Madam,

This firm represents the Plaintiff in the captioned matter. This is to inform the Court that the matter has been settled in principle and the parties are currently working on the execution of a stipulation of settlement. When this is done, a Stipulation of Voluntary Dismissal will be filed by Defendant's counsel.

In light of this settlement and the ensuing Voluntary Dismissal, there will be no need for Plaintiff's response to Defendant's dismissal motion filed on March 11, 2008. I therefore respectfully request a 21 day extension of the Plaintiff's time to file opposition papers. This should give the parties adequate time to execute the settlement and file the Voluntary Dismissal.

*Granted DAB 3/26/2008*

I thank you for your consideration.

Very truly yours,
FAGENSON & PUGLISI

By: _____
NOVLETTE R. KIDD, ESQ. (NK2552)

cc: Brian K. Gallagher, Esq., by fax (212)983-9701

SO ORDERED

_____
DEBORAH A. BATTS   3/26/2008
UNITED STATES DISTRICT JUDGE